# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON HOLTON** | * | **CIVIL ACTION NO. 12-1685** |
| | * | |
| | * | **SECTION "C" 4** |
| **VERSUS** | * | |
| | * | **JUDGE HELEN G. BERRIGAN** |
| | * | |
| **EXPRESS MARINE, INC. and EXPRESS** | * | **MAG. KAREN WELLS ROBY** |
| **MARINE TRANSPORTATION, L.L.C.** | * | |
| | * | **TRIAL BY JURY** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S UNOPPOSED MOTION FOR RULE 41(a)((1) DISMISSAL

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Jason Holton, who respectfully moves this Honorable Court, for non-suit of his cause of action, without prejudice, against Defendants, Express Marine, Inc. and Express Marine Transportation, L.L.C., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in support thereof would show:

I.

Plaintiff, Jason Holton, no longer desires to prosecute this case against Defendants, Express Marine, Inc. and Express Marine Transportation, L.L.C., at this time and would voluntarily non-suit all Defendants without prejudice to refiling of same.

WHEREFORE, Plaintiff prays that the Court enter its order of dismissal of this suit against Defendants, Express Marine, Inc. and Express Marine Transportation, L.L.C., without prejudice to Plaintiff's right to reinstating same, and that all costs herein incurred be taxed on the party incurring same.

Respectfully submitted,

By:   */s/ Matthew D. Shaffer*
     Matthew D. Shaffer (TX State Bar No. 18085600)
     mshaffer@smslegal.com
     Schechter, McElwee, Shaffer & Harris, LLP
     3200 Travis St., 3rd Floor
     Houston, Texas 77006
     Phone: (713) 524-3500
     Fax: (713) 751-0412


     and

     Paul M. Sterbcow (T.A. 17817)
     sterbcow@lksalaw.com
     Lewis, Kullman, Sterbcow & Associates
     601 Poydras Street, Suite 2615
     New Orleans, Louisiana 70130
     Phone: (504) 588-1500
     Fax: (504) 588-1514

**ATTORNEYS FOR PLAINTIFF**
**JASON HOLTON**

**CERTIFICATE OF CONFERENCE**

      I hereby certify that Plaintiff's counsel has conferred with counsel for Defendants, Express Marine, Inc. and Express Marine Transportation, L.L.C., and counsel for Defendants stated that they do not oppose Plaintiff's Motion for Rule 41(a)(1) Dismissal.

                                      */s/ Matthew D. Shaffer*
                                      Matthew D. Shaffer

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of this Plaintiff's Unopposed Motion for Rule 41(a)(1) Dismissal has been served upon all known counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE on this the  7th  day of August 2012, via the CM/ECF Electronic Filing System for the USDC, Eastern District of Louisiana.

Frank A. Piccolo
Preis & Roy
24 Greenway Plaza, Suite 2050
Houston, Texas 77046

                                      */s/ Matthew D. Shaffer*
                                    MATTHEW D. SHAFFER