UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JASON HOLTON** | * | **CIVIL ACTION NO. 12-1685** |
| | * | |
| | * | **SECTION "C" 4** |
| **VERSUS** | * | |
| | * | **JUDGE HELEN G. BERRIGAN** |
| | * | |
| **EXPRESS MARINE, INC. and EXPRESS** | * | **MAG. KAREN WELLS ROBY** |
| **MARINE TRANSPORTATION, L.L.C.** | * | |
| | * | **TRIAL BY JURY** |

* * * * * * * * * * * * * * * * * * * * * * * * * ******************************************

## O R D E R

Came on to be heard Plaintiff's Motion to Dismiss his cause of action against Defendants, Express Marine, Inc. and Express Marine Transportation, L.L.C., without prejudice to the refiling of same in the above action. It appears to the Court that Plaintiff's Motion is well taken and that Plaintiff's Motion to Dismiss should be granted. It is therefore;

ORDERED, that Plaintiff's Motion to Dismiss his cause of action against all Defendants in this case, is in all things GRANTED, without prejudice to Plaintiff's right to reinstate same.

It is further, ORDERED, that all costs herein incurred be taxed against the party incurring same.

New Orleans, Louisiana, this __8th__ day of _____August_____, 2012.

_____
UNITED STATES DISTRICT JUDGE